An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWIN VON SEVRENCE,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67153

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion to Add a Ground to Petitioner's Attorney's Motion to Amend and Add Grounds to: Supplemental Petition for Writ of Habeas Corpus (Post-Conviction) Dated February 3, 2014, Pursuant to Anders v. California." Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Because no statute or court rule permits an appeal from orders denying the aforementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04910

cc:  Hon. Elliott A. Sattler, District Judge
     Edwin Von Sevrence
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk
     Karla Butko

OF
NEVADA

(O) 1947A

2